OPINION OF THE COURT
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [g]), order affirmed. Whether defendant’s remark constituted a request for counsel, and whether the defendant was induced into making statements by a promise of leniency or a police officer’s legal advice, are questions of fact. These factual issues are beyond this court’s scope of review, inasmuch as the determination denying defendant’s mo
 
 *731
 
 tion to suppress statements is supported by the record
 
 (People v McRay,
 
 51 NY2d 594;
 
 People v Eisenberg,
 
 22 NY2d 99).
 

 Concur: Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg and Meyer. Taking no part: Judge Gabrielli.